# CASE ANNOUNCEMENTS

*February 24, 2011*

[Cite as *02/24/2011 Case Announcements*, 2011-Ohio-807.]

## MOTION AND PROCEDURAL RULINGS

2010-0943. **State ex rel. N. Ohio Chapter of Associated Builders & Contrs., Inc. v. Barberton City School Bd. of Edn.**
Summit App. No. 24898, 188 Ohio App.3d 395, 2010-Ohio-1826. This cause is pending before the court as a discretionary appeal and claimed appeal of right.

Upon consideration of appellants' motion for continuance of oral argument scheduled for Wednesday, March 23, 2011, it is ordered by the court that the motion is granted, and oral argument is rescheduled for Tuesday, April 19, 2011.